UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

COBRA TACTICAL, INC., ON BEHALF OF ITSELF
AND ALL OTHERS SIMILARLY SITUATED,

      PLAINTIFF,

V.

PAYMENT ALLIANCE INTERNATIONAL INC. AND
GLOBAL PAYMENTS DIRECT, INC.,

      DEFENDANT.

CIVIL ACTION FILE NO.

1:17-CV-_____

## DEFENDANTS' NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Defendants Payment Alliance International Inc. ("PAI") and Global Payments Direct, Inc. ("Global") hereby jointly remove this action.

1.     This action was filed in the Superior Court of Fulton County, Georgia, on April 19, 2017.

2.     PAI and Global are the only named defendants.

3.     Without waiving any defenses regarding service of process (or lack thereof), Global states that it was served with and received notice of this action on April 21, 2017, when it was served with the Complaint.  *See* Complaint (Exhibit A); *see also* Declaration of Susan Crowley ("Crowley Decl.") ¶ 3 (Exhibit B).  PAI

1567835.1

states that it was served with and received notice of this action on April 21, 2017,

when it was served with the Complaint. *See* Complaint (Exhibit A).

4.  Named plaintiff Cobra Tactical, Inc. ("Cobra") alleges that it is a

California corporation headquartered in California.   Compl. ¶ 12.

5.  Global is a corporation organized under the laws of New York with its

principal place of business in Georgia.   PAI is a corporation organized under the

laws of Delaware with its principal place of business in Kentucky.   Compl. ¶ 13; *see*

*also* Crowley Decl. ¶ 4.

6.  Cobra purports to seek relief on behalf of "[a]ll PAI customers in the

United States who paid a fee or charge that [Plaintiff contends] was not authorized

by the Card Services Agreement," which Plaintiff contends governs the relationship

between and among Global, PAI, and all putative class members. *See* Complaint

¶ 53.

7.  The purported class contains more than 100 members.  *See* Compl.

¶ 57 (stating that the putative class consists of "***thousands of members***" (emphasis

added)); *see also* Crowley Decl. ¶ 6.

8.  The amount in controversy, excluding fees and costs, exceeds $5

million in the aggregate.  *See* Crowley Decl. ¶¶ 12-13.   Assuming (but not

admitting) the truth of Plaintiff's allegations solely to evaluate the amount in controversy, Plaintiff's invoices—kept by Global in the ordinary course of business—show that the amount in controversy is over $10 million for the six-year limitations period Plaintiff alleges governs these claims. *See id.*

9.    Global's records also show that many PAI customers charged the fees at issue in this case are residents of states other than Georgia, New York, Delaware, or Kentucky. *See* Crowley Decl. ¶ 14.

10.    Jurisdiction is proper in this Court under § 1332(d), because (1) the amount in controversy exceeds $5 million, exclusive of interest and costs; (2) the purported plaintiff class includes more than 100 members; and (3) at least one member of the purported class is a citizen of a state different from both Global and PAI.

11.    Venue is proper in the Atlanta division of this Court because Cobra filed this action in Fulton County. *See* 28 U.S.C. § 90(a)(2).

12.    Copies of all state process, pleadings, and orders in the possession of Global and PAI are filed herewith. *See* Exhibit A.

13.    On the same day it files this notice, Global and PAI will file with the Clerk of Court for the Superior Court of Fulton County, Georgia, a copy of this

1567835.1

Notice of Removal.

WHEREFORE, take notice that this action has been removed to the United

States District Court for the Northern District of Georgia, Atlanta Division.

This 19th day of May, 2017.

Respectfully submitted,

/s/ Steven J. Rosenwasser
Steven J. Rosenwasser
Georgia Bar No. 614908
rosenwasser@bmelaw.com
Joshua F. Thorpe
Georgia Bar No. 710665
thorpe@bmelaw.com
Benjamin W. Thorpe
Georgia Bar No. 874911
bthorpe@bmelaw.com

**BONDURANT, MIXSON & ELMORE LLP**
3900 One Atlantic Center
1201 West Peachtree Street NW
Atlanta, Georgia   30309
(404) 881-4100 (telephone)
(404) 881-4111 (facsimile)

*Attorneys for Defendant*
*Global Payments Direct, Inc.*

1567835.1

4

/s/ Henry D. Fellows, Jr.
Henry D. Fellows, Jr.
Georgia Bar No. 257825
hfellows@fellab.com
Michael C. Gretchen
Georgia Bar No. 522171
mgretchen@fellab.com

**FELLOWS LABRIOLA LLP**
Peachtree Center
Suite 2300 South Tower
225 Peachtree Street, N.E.
Atlanta, Georgia 30303
(404) 586-9200 (telephone)
(404) 586-9201 (facsimile)

*Attorneys for Defendant Payment Alliance International Inc.*

1567835.1

## CERTIFICATE OF SERVICE

I certify that today I served a true and correct copy of the foregoing document

by U.S. Mail and email on the following:

E. Adam Webb
Matthew C. Klase
WEBB, KLASE & LEMOND, LLC
1900 The Exchange, S.E.
Suite 480
Atlanta, Georgia 30339
(770) 444-0773
(770) 217-9950 (fax)
adam@webbllc.com
matt@webbllc.com


/s/ Benjamin W. Thorpe
Benjamin W. Thorpe

1567835.1