UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| COBRA TACTICAL, INC., KAT, LLC d/b/a KA TACTICAL and EULESS ARMORY, LLC d/b/a ARMORY UP, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>PAYMENT ALLIANCE INTERNATIONAL INC., GLOBAL PAYMENTS DIRECT, INC., and CLEARENT, LLC,<br><br>Defendants. | CIVIL ACTION FILE<br><br>NO. 1:17-cv-1827-MHC |

## **JUDGMENT**

This action having come before the court, the Honorable Mark H. Cohen, United States District Judge, on Defendants' motion to Dismiss, and the court having granted said motion, it is hereby

**Ordered and Adjudged** that the Defendant recover its costs of this action, and this action be **DISMISSED.**

Dated at Atlanta, Georgia, this 4th day of January, 2018.

JAMES N. HATTEN
CLERK OF COURT

By:   s/Jill Ayers
        Deputy Clerk

Prepared and Entered
in the Clerk's Office
January 4, 2018
James N. Hatten
Clerk of Court

By:   s/Jill Ayers
        Deputy Clerk