**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

COBRA TACTICAL, INC., KAT, LLC d/b/a KA TACTICAL, and EULESS ARMORY, LLC d/b/a ARMORY UP, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

PAYMENT ALLIANCE INTERNATIONAL INC., GLOBAL PAYMENTS DIRECT, INC., and CLEARENT, LLC,

Defendants.

CIVIL ACTION

NO. 1:17-cv-01827-MHC

**STIPULATION**

COME NOW Plaintiffs and Defendants, by and through their undersigned counsel, and hereby STIPULATE and AGREE as follows:

1. Plaintiffs will not file an appeal of, and waive any and all rights to appeal, this Court's January 4, 2018 Order (Dkt. 35) and Judgment (Dkt. 36).

2. Defendants waive any and all claims against Plaintiffs for reimbursement of attorneys' fees and costs or expenses of litigation arising out of this action regardless of whether they are created by statute, contract, or otherwise.

IT IS SO STIPULATED this 15th day of January, 2018.

*/s/ E. Adam Webb*
E. Adam Webb
Georgia Bar No. 743910
Matthew C. Klase
Georgia Bar No. 141903

**WEBB, KLASE & LEMOND, LLC**
1900 The Exchange, S.E.
Suite 480
Atlanta, Georgia 30339
Telephone: 770-444-0773
Facsimile: 770-217-9950
Adam@WebbLLC.com
Matt@WebbLLC.com

*Attorneys for Plaintiffs Cobra Tactical, Inc., KAT, LLC d/b/a KA Tactical, and Euless Armory, LLC d/b/a Armory Up*

*/s/ Steven J. Rosenwasser*
Steven J. Rosenwasser
Georgia Bar No. 614908
rosenwasser@bmelaw.com
Joshua F. Thorpe
Georgia Bar No. 710665
thorpe@bmelaw.com
Benjamin W. Thorpe
Georgia Bar No. 874911
bthorpe@bmelaw.com

**BONDURANT, MIXSON & ELMORE LLP**
3900 One Atlantic Center
1201 West Peachtree Street NW
Atlanta, Georgia 30309
(404) 881-4100 (telephone)
(404) 881-4111 (facsimile)

*Attorneys for Defendant*
*Global Payments Direct, Inc.*

*/s/ Henry D. Fellows, Jr.*
Henry D. Fellows, Jr.
Georgia Bar No. 257825
hfellows@fellab.com
Michael C. Gretchen
Georgia Bar No. 522171
mgretchen@fellab.com

**FELLOWS LABRIOLA LLP**
Peachtree Center
Suite 2300 South Tower
225 Peachtree Street, N.E.
Atlanta, Georgia 30303
(404) 586-9200 (telephone)
(404) 586-9201 (facsimile)

*/s/ Cory Skolnick*
Cory Skolnick (*pro hac vice*)
cskolnick@fbtlaw.com

**FROST BROWN TODD LLC**
400 West Market Street, 32nd Floor
Louisville, Kentucky 40202
(502) 589-5400 (telephone)
(502) 581-1087 (facsimile)

*/s/ Ryan S. Lett*
Ryan S. Lett (*pro hac vice*)
rlett@fbtlaw.com

**FROST BROWN TODD LLC**
3300 Great American Tower
301 East Fourth Street
Cincinnati, Ohio 45202
(513) 651-6800 (telephone)
(513) 651-6981 (facsimile)

*Attorneys for Defendant*
*Payment Alliance International Inc.*

*/s/ Christopher Paul Galanek*
Christopher Paul Galanek
chris.galanek@bryancave.com

**BRYAN CAVE LLP**
1400 One Atlantic Center
1201 West Peachtree Street NW
Atlanta, Georgia 30309
Telephone: (404) 572-6969

*/s/ Daniel M. O'Keefe*
Daniel M. O'Keefe
(*pro hac vice forthcoming*)
dmokeefe@bryancave.com
amanda.colvin@bryancave.com

**BRYAN CAVE LLP**
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO 63102-2750
Telephone: (314) 259-2000
Facsimile: (314) 259-2020

*Attorneys for Defendant Clearent, LLC*